174 A.3d 507

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. PABLO ANTONIO ACEVEDO, A/K/A ERIC RUIZ,
DEFENDANT-PETITIONER.

C–197 September Term 2017
079458

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000304–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 507

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RYAN T. MARTIN, DEFENDANT-PETITIONER.

C–154 September Term 2017
079303

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005762–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.